F I L E D
Clerk
District Court
OCT 14 2015
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br>RICHARD SULLIVAN BENAVENTE,<br>　　　　　　　Defendant. | Case No. 1:13-cr-00008<br><br>**AMENDED DECISION AND ORDER GRANTING GOVERNMENT'S MOTION TO DECLARE DEFENDANT IN BREACH OF PLEA AGREEMENT** |

## I.　INTRODUCTION[*]

On August 22, 2013, a federal grand jury indicted Defendant Richard S. Benavente on several counts of sexual exploitation of a child in violation of 18 U.S.C. § 2251(a). (Indictment, ECF No. 11.) Benavente cooperated with authorities and entered into a plea agreement on February 6, 2014. (Plea, ECF No. 22.) As a condition of the agreement, Benavente was required to "testify fully and truthfully at any trials or hearings." (Plea ¶ 8.) On September 9 and 10, 2014, Benavente testified at the trial of Raymond Roberto, who was charged with coercion and enticement of some of the same minors that Benavente sexually exploited. As part of its case against Roberto, the Government presented evidence that he used a prepaid SIM card with a number ending in x3443 to contact the girls for sex. Appearing for the defense, Benavente testified that, from mid-June to July of 2013, he in fact used the x3443 SIM card to contact the minors. (Gov't Ex. 16, Benavente

---

[*] This amended decision and order supersedes the decision and order issued on October 9, 2015. (ECF No. 64.) In particular, the Court has revised its analysis of Benavente's argument about police misconduct at page 8.

1

Test. at 11-12.) Specifically, he testified that he used x3443 beginning sometime after June 12 and continuing through July 19, the day he was arrested. (*Id.* at 12.) Roberto was acquitted.

The Government now asks the Court to find Benavente in breach of his plea agreement for allegedly lying about his use of the x3443 SIM card during the Roberto trial. (Mot. to Declare Def. in Breach, ECF No. 27.) Benavente contends that he told the truth. However, the record of text messages as well as the weight of the other evidence shows that Roberto used the x3443 number, not Benavente. Because the evidence makes it more likely than not that Benavente lied at the Roberto trial, the Court will grant the Government's motion to find Benavente in breach of his plea agreement.

## II.    DISCUSSION

One fact will resolve this motion: the identity of the user of the x3443 SIM card from mid-June through July 2013. To discern who used the number—Benavente or someone else—the most pertinent evidence is the records of text messages from known individuals to x3443. The parties do not dispute that Roberto used a cell phone number ending in x6133 (Gov't Exs. 10, 21 at 4), that Benavente used a cell phone number ending in x3503 (Gov't Exs. 1, 5), and that one of the minor victims, AJ, used numbers ending in x6718 or x1300, among others (Gov't Ex. 21).

The Government argues that Benavente never used the x3443 SIM card, and that his testimony to the contrary at the Roberto trial was false.[1] The evidence favors the Government's position in several ways: (1) the text message records are consistent with Roberto using x3443; (2) the text messages are inconsistent with Benavente using x3443; (3) Benavente's claim that he used x3443 conflicts with other information he previously gave investigators; and (4) other evidence outside the texts themselves shows that Roberto used x3443. Benavente contends that the Court

---

[1] The Government presents other theories of breach as well (Gov't Mem., ECF No. 59), but because the Court finds that Benavente lied about his use of the x3443 number at the Roberto trial, it is not necessary to decide them.

should choose to make other inferences that would be more consistent with his story, and points out that there was no motive for him to lie. The Court agrees that the Government has not presented a cogent rationale to explain *why* Benavente lied, but despite the absence of a motive, the facts allow for no exculpatory inference. Roberto used the x3443 number, and Benavente did not.

The record of text messages involving x3443 is consistent with Roberto using that number from April 2013 through July 2013.

- Roberto demanded several times that AJ text him only at x3443, the anonymous prepaid SIM, rather than at x6133, the post-paid account in his name:
    - On April 20, 2013, Roberto, using x6133, texted AJ, using x8041. (Gov't Ex. 21, at 1, ln. 7: "This is an".) After six minutes of exchanges, Roberto told AJ "please dnt txt this number," and 13 minutes later he told her to text him at x3443. (*Id.* at ln. 11.)
    - On May 2, 2013, Roberto, again using x6133, texted AJ using yet another cell number, x0141. (*Id.* at 2.) They exchanged messages for five minutes, but when AJ veered into sexual territory and asked "3 some or what," x3443 texted her "ths U TXT. DNT TXT OTHER NUMBER." (*Id.* at ln. 9.) Eleven minutes later, Roberto again instructed AJ to "MAKE SURE U DNT TXT OTHER NUMBER." (*Id.* at ln. 17.)
    - On May 16, 2013, x3443 sent a code to unlock more prepaid minutes—a.k.a. "load"—to AJ at x6718, and when AJ failed to respond right away, sent the same code to her other cell number, x1300. (*Id.* at 5.) AJ eventually acknowledged receipt ("Yeah I got the load"), to which x3443 responded "dnt cal other number." (*Id.*)

- On May 21, 2013, AJ, this time using x1949, texted Roberto at x6133 with the message "O? It's a." (*Id.* at 7, ln. 1.) About a half-hour later, x3443 texted AJ at x6718 to ask "is that u texting." (*Id.* ln. 2.) She responded to x6133 again by saying, "Yea its me dork. Can u get me. Other phone don't have load." (*Id.* ln. 3.) She followed this response quickly by identifying herself again, "An…" (*Id.* ln. 4.) Hours later, AJ again texted Roberto at x6133 to buy her prepaid minutes, which prompted a response seven minutes later from x3443: "stop txting phnf." (*Id.* at ln. 19.)

- Text messages to and from x3443 identified the user of that number as Roberto through his nickname, Jolly: a text message from x3443 on May 19 said "ths joly," and on June 13, a message to x3443 asking for "Jolly?" was answered "yes." (*Id.* at 6, 14 ln. 1-2.) At the October 2, 2015 evidentiary hearing, FBI Special Agent Haejun Park testified that he learned from at least four women that they knew Roberto as "Jolly." (*See* Gov't Ex. 13.)

- Consistent with Roberto using x3443 to contact the minors for sex, there were no outgoing texts from that number when Roberto was in the Philippines from June 19 through June 26, 2013. (Gov't Ex. 1, x3443 messages, lns. 3424-3516.) After all, there would be no point in arranging a rendezvous with a minor on Saipan when Roberto was hundreds of miles away in the Philippines.

- A text message from x3443 to AJ's cell number x1300 on July 5, 2013, identified its user as Roberto: "ths ray." (Gov't Ex. 21 at 19.)

- In a series of text messages that started on the evening of July 10 and continued into July 11, 2013, the user of x3443 admitted that his name was Ray. (*Id.* at 21-22) It starts

4

with the cell phone records showing that AJ called Roberto at x6133 using her friend Isabel's phone (x1200). She immediately followed up the missed call to Roberto by texting to him at x3443 the message, "its an dumb ass best you answer." (*Id.* at 21, ln. 2.) The next day, the user of x3443 responded with "▇ wer u" to x1200. (*Id.* at 3.) The owner of cell number x1200, "isabel" introduced herself and eventually told the user of x3443 that she knew that his name was "ray but I don't know what is your last name." (*Id.* at ln. 17.) The user of x3443 texted AJ at her number (x1300) one minute after Isabel's message demanding to know "who isabela n y she knw my name?" (*Id.* at ln. 19.)

- Messages to Roberto's x6133 number were answered by the x3443 number, sometimes immediately: a phone call to x6133 on July 10 was returned the following day by x3443, and a phone call on July 11 at 4:05 p.m. to x6133 resulted in a text of "y u calling" from x3443 less than one minute later. (*Id.* at 21, 23.)

The text message record is also inconsistent with Benavente using x3443 from mid-June through July, as he claimed at the Roberto trial.

- Both x3443 and x3503 were used on July 11 and 12, 2013, to text AJ, but the conversations were distinct, which is inconsistent with Benavente using both numbers. Texts from x3503—Benavente's number—mostly centered on mundane pleasantries, such as "Im sorry u feel crapy. Hope t see u later. Have a gd one buddy" or "Hey sweetie. Hws it. Taking my daughter t gt sumting t eat." (Gov't Ex. 22.) On the other hand, texts from x3443 to AJ were explicit: "who Isabela n y she knw my name? I want to fuk" or "u gt another frnd we can 3 way?" (*Id.*)

- Government exhibit 22 also shows that the conversations overlapped in time without any recognition from AJ that she was speaking to the same person. For instance, on the afternoon of July 11, 2013, AJ exchanged messages with both x3443 and x3503:
    - 3:16 p.m.: x3443 sent a text to AJ at x1300: "wer u."
    - 3:19 to 3:27 p.m.: Benavente at x3503 texted AJ at x1300 to ask how she was and complain about the hot weather. The conversation ended with Benavente saying "Yap. Text u later. Gota go" and AJ responding, "Ohkay . tmL when ur free."
    - At 3:41 p.m.: 14 minutes after AJ said goodbye to Benavente at x3503, she received a text from x3443 asking "wat u up to?" and answered, "Not much what you got in mind?" That was when x3443 asked her, "who isabela n y she knw my name? I want to fuk."

Benavente's claim that he used x3443 from mid-June to July is also inconsistent with earlier statements he made to investigators.

- At the October 2, 2015 hearing, Park testified that when Benavente was first interviewed about how he contacted the girls, he only referred to x3503—not x3443.
- On the day of his arrest by the CNMI Department of Public Safety ("DPS") on July 19, 2013, Benavente told DPS Detective Elias Saralu that the girls referred to themselves as "Jessica" and "Rachel/Boss," but that he did not know their real names. (Gov't Ex. 12 at 1.) However, the text message record for x3443 is replete with references to the same two girls by their real names or nicknames known to Roberto—but without reference to "Jessica" or "Rachel." For instance, on July 8, 2013, AJ answered "▇" to a text from x3443 asking "who ths." (Gov't Ex 21 at 20.) Again, on July 11, 2013,

the user of x3443 asked about "shy" or Shy Girl, the nickname of another minor victim. (*Id.* at 24.) But Benavente did not know "▮▮▮▮" or "Shy Girl."

Finally, evidence outside the text messages and Benavente's statements supports the Government's position that Roberto used x3443 rather than Benavente.

- The chain of custody records listing the items seized when Benavente was arrested in mid-July do not include a x3443 SIM card—only a x3503 SIM card. (Gov't Ex. 5.)
- AJ testified at the Roberto trial that on July 13, 2013, she exchanged text messages with Roberto using x3443 to set up a sexual encounter. (Gov't Ex. 20 at 92-94.) Consistent with the text message records (*see* Gov't Ex. 1, x3443 messages, ln. 3778-3870), AJ testified that she and another minor girl had sex with Roberto at the Parkville Motel. (Gov't Ex. 20 at 92-95.) That testimony is corroborated by receipts from the motel showing that a person driving a vehicle with license plate ACN-763 used a room on July 13, 2013, around 7:46 p.m. (Gov't Ex. 11.) That license plate was registered to Roberto's Toyota Tacoma (Gov't Ex. 7), and the text messages suggest that x3443 picked up the girls between 6:55 and 7:35 p.m. (Gov't Ex. 1, x3443 messages, ln. 3855-3859). AJ testified that the next day, she complained to Roberto by text that he did not pay her the full amount they agreed upon. (Gov't Ex. 20 at 94; Gov't Ex. 1, x3443 messages, ln. 3870.) Based on AJ's corroborated testimony, the Court finds that Roberto used the x3443 SIM card on July 13, 2013, during the period when Benavente claimed to have used it himself.

Benavente attempts to undermine the evidence against him in several ways, but his arguments do not withstand scrutiny.

- Benavente argues that text messages identifying the user of x3443 as "Ray" from mid-June to July 2013 actually refer to Ray King, not Ray Roberto. (*See* Gov't Ex. 21 at 19.) However, there is no evidence that "Ray" refers to anyone other than Roberto. In fact, Ray King testified before the grand jury that he never used x3443 and had nothing to do with sexual abuse of minors. (Gov't Ex. 17.)

- Benavente suggests that the differences in the messages sent to AJ by x3443 (sexual) and x3503 (non-sexual) on July 11 and 12 were due to Benavente confining the explicit content to the x3443 number. However, Benavente used x3503 for sexually explicit messages at other times: he texted "Wana fuck" from x3503 on June 26, 2013. (Gov't Ex. 1, x3503 messages, ln. 601.) He also had a series of messages with a number ending in x9834 asking if "U gvn b.j." (*Id.* at ln. 720.) It is therefore unlikely that Benavente would have used x3443 solely for explicit messages he did not want to send from x3503 on July 11 and 12.

- Benavente submits that DPS may have purposefully disposed of evidence to hide police involvement in underage prostitution. Benavente notes that the x3503 SIM card police recovered when he was arrested was not turned over to the federal authorities when the FBI took over the investigation, allegedly because the SIM card may have contained a contact list including police numbers. (Gov't Ex. 5.) However, Benavente testified at the Roberto trial that DPS gave him back the x3503 SIM card when he was released from custody on July 19. (Gov't Ex. 16 at 131.) Indeed, the text message records include numerous texts from x3503 sent after July 19. (Gov't Ex. 1, x3503 messages, lns. 1381-1833.) Therefore, it makes sense that the chain of custody records do not reflect that the x3503 SIM card was provided to the FBI on July 30—Benavente had it.

- Even if Benavente's assertion of police misconduct argument were true, it is unclear what benefit DPS would gain by destroying the SIM card. Investigators could still determine exactly who was contacting the minors and their handlers by looking at the text records from the phone company.

- Benavente asserts that Park never asked him about the x3443 SIM card, and that if he had, Benavente would have admitted to using it immediately. That seems unlikely based on the quality of Benavente's early cooperation with the FBI. For instance, in an effort to cooperate, Benavente volunteered that he had once written a false letter to a judge stating that a drug dealer against whom he had participated in a covert "buy-bust" operation was innocent. (Gov't Ex. 4.)

- According to Benavente, the minors gave him the x3443 SIM card so that he could contact them directly without going through the woman who was selling them for sex— Annette Basa. But that explanation defies sense. If the girls wanted to cut out Basa, then they would have arranged for Benavente to contact them directly on their cell phones—giving Benavente a SIM card would do nothing to help him contact them instead of Basa. Furthermore, if the girls really did give Benavente the x3443 SIM card during their first meeting on June 12, 2013, and they really did refer to themselves as "Jessica" and "Rachel," then it makes no sense that they would identify themselves the next day in a message to x3443 as "anshy"— An and Shy Girl. (Gov't Ex. 1, x3443 messages, ln. 3144.) They make no mention of Jessica or Rachel. In addition, AJ had a history of constantly asking for load from x3443 and others. It does not follow that she would be giving away a SIM card.

- Finally, Benavente points out that he gained nothing from testifying at the Roberto trial, and that he therefore lacked a motive to lie. The Government contends that Roberto put Benavente up to testifying falsely by either promising him property or tricking him into thinking that he could get a lighter sentence if he made the girls look bad at trial. However, there is no evidence of any payment to Benavente or his family members from Roberto, and it makes no logical sense to think that Benavente would get any benefit by making the minors look like liars at Roberto's trial. Absence of a motive, however, does not change the underlying facts.

### III.    CONCLUSION

Based on all the evidence, the Court finds by a preponderance of the evidence that Benavente testified falsely at the Roberto trial when he stated that he used the phone number ending in x3443 from mid-June to July 2013. The text messages are only consistent with Roberto using the number, and coming from Benavente make no sense. The Court finds that, by giving false testimony at the Roberto trial, Benavente materially breached his plea agreement with the Government.

Accordingly, it is hereby ORDERED that:

- The Government's motion to declare Benavente in breach of his plea agreement is granted and

- The parties shall appear for a status conference on **October 19, 2015 at 10:00 a.m.**

SO ORDERED this 14th day of October, 2015.

RAMONA V. MANGLONA
Chief Judge

10